UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FRITZNER MOZOUL,<br>　　　Plaintiff, | :<br>:　CIVIL ACTION NO.<br>: |
| v. | :<br>: |
| HARTFORD FIRE INSURANCE<br>COMPANY,<br>　　　Defendant | :<br>:<br>:　SEPTEMBER 29, 2011<br>: |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendant, Hartford Fire Insurance Company ("The Hartford"), hereby requests removal of two consolidated lawsuits from the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, to the United States District Court for the District of Connecticut, and as grounds, states as follows:

　　1.　On or about September 13, 2011, The Hartford was served with a complaint returnable to court on October 25, 2011 in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford, Docket No. HHD-CV-11-5035706-S ("Superior Court Action").[1]  Copies of the Summons and Complaint in the Superior Court

---

[1] Plaintiff served a complaint dated August 31, 2011 on The Hartford's agent for service on September 6, 2011.  See Tab A.  Rather than filing a copy of the served complaint with the Superior Court, Plaintiff filed a different complaint dated September 12, 2011 along with the State Marshal's return of service for the complaint dated August 31, 2011.  See Tab B.  On September 13, 2011, The Hartford's counsel received the complaint dated September 12, 2011, which was filed with the Superior Court.

Action are attached at Tab B in accordance with 28 U.S.C. § 1446(a).  There are no other defendants in the action.

2. On or about September 15, 2011, The Hartford moved to consolidate the Superior Court Action with another action, Docket No. HHD-CV-11-5035531-S, in the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford ("Companion Superior Court Action"), for all purposes, including trial.  The Hartford was served with the complaint in the Companion Superior Court Action on June 20, 2011.  See Tab C.  On September 28, 2011, the Superior Court granted The Hartford's motions to consolidate the two actions ("Consolidated Superior Court Actions").

3. The state court in which the Consolidated Superior Court Actions were commenced is within this Court's district.  See 28 U.S.C. §§ 1441(a), 1446(a).

4. In the Consolidated Superior Court Actions, Plaintiff alleges, inter alia, that he was discriminated and retaliated against on the basis of his race and national origin and seeks damages under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.  See Tab B.  He also alleges breach of contract/failure to pay wages, promissory estoppel, and intentional infliction of emotional distress against The Hartford.  See Tab C.

5. The Consolidated Superior Court Actions involve a federal question, as Plaintiff seeks to recover damages pursuant to Title VII of the Civil Rights Act of 1964,

as amended, 42 U.S.C. § 2000e, et seq. and, therefore, this Court has original jurisdiction under 28 U.S.C. §1331.  Accordingly, the Consolidated Superior Court Actions may be removed by The Hartford pursuant to 28 U.S.C. §1441(a) through (c).

6.	This Notice of Removal is filed within 30 days of The Hartford's receipt of the Complaint in the Superior Court Action.  See 28 U.S.C. § 1446(b).

7.	In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal have been served on Plaintiff, who is pro se, and filed with the clerk of the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford.

WHEREFORE, The Hartford respectfully requests that the Consolidated Superior Court Actions be removed to this Court.

Respectfully submitted,

DEFENDANT,
HARTFORD FIRE INSURANCE COMPANY

By         /s/
Miguel A. Escalera Jr., ct07252
Jennifer Lian Dixon, ct15914
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106
Tel:  (860) 493-0870
Fax:  (860) 493-0871
E-mail:  mescalera@kemlaw.com
E-mail:  jdixon@kemlaw.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, this 29th day of September, 2011, to:

Fritzner Mozoul
Pro Se
176 Sherman Road
Chestnut Hill, MA  02467

                                                 /s/
                             Jennifer Lian Dixon, ct15914

46263